UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 OCT 25 A 9: 12

U.S. DISTRICT COURT
NEW HAVEN, CT

CIUZIO                  :

v.                      :   NO. 3:02cv2032 (JBA)

METRO NORTH             :

## NOTICE TO COUNSEL

On October 19, 2004, Magistrate Judge Margolis reported reported the above-entitled case as settled. Under D. Conn. L. Civ. P. 41(b), a matter reported to be settled is to be dismissed if closing papers are not filed within (30) days thereafter.

Accordingly, an order of dismissal will be entered on November 19, 2004 unless closing papers are filed on or before that date.

The Court appreciates the parties' efforts in settling this matter.

BY ORDER OF THE COURT,
KEVIN F. ROWE, CLERK

Betty Jean Torday
Courtroom Deputy

Dated at New Haven, Connecticut: October 21, 2004