UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---------------------------------------------------X
PAUL F. CIUZIO,

      Plaintiff,

v.                                                          Civil Action No: 3:02 CV 2032 (JBA)

METRO-NORTH RAILROAD COMPANY,
ET AL,                                     <u>FELA HEARING LOSS CASE - MAY BE</u>
                                                                   <u>FILED IN NEW HAVEN AS ORDERED</u>
                                                                   <u>BY MAGISTRATE JUDGE MARGOLIS</u>

      Defendants.                                November 15, 2004
---------------------------------------------------X

**<u>STIPULATION FOR DISMISSAL</u>**

      It is hereby stipulated and agreed that the this matter may be dismissed with prejudice and without costs to any parties.

| THE PLAINTIFF | THE DEFENDANT, |
| --- | --- |
| PAUL F. CIUZIO | METRO-NORTH RAILROAD COMPANY |
| | |
| By:_____ | By:_____ |
| Scott E. Perry, Esq., (CT 17236) | Anthony D. Sutton, Esq., (CT 20607) |
| Cahill & Goetsch, P.C. | Ryan, Ryan, Johnson & Deluca, LLP |
| 43 Trumbull Street | 80 Fourth Street, P.O. Box 3057 |
| New Haven, CT 06511 | Stamford, CT 06905 |
| Phone No. 203-777-111 | Phone No. 203-357-9200 |

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 15, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill & Goetsch, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff

 

_____
Anthony D. Sutton, Esq.